IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES CUELLAR PEDROSO,

Plaintiff,

v. No. 2:26-cv-00431-KG-JMR

DORA CASTRO, et al.,

Defendants.

**MEMORANDUM OPINION AND ORDER**

Before the Court is the Motion to Withdraw as Counsel, Doc. 10, filed by Cash Fazal, counsel of record for Petitioner Andres Cuellar Pedroso in this habeas corpus proceeding challenging Petitioner's immigration detention.

Counsel represents that withdrawal is sought for professional considerations consistent with counsel's obligations under the applicable rules of professional conduct. Doc. 10 at 2. The petition and related briefing in this matter are fully briefed and ripe for decision, such that withdrawal will not delay resolution of the case or prejudice Petitioner's pending claims. *Id.* Counsel represents that a complete copy of the case file has been provided to Petitioner. *Id.* Counsel represents that Petitioner has been notified of counsel's intent to withdraw. *Id.*

Having found good cause, the Court grants the Motion to Withdraw as Counsel, Doc. 10. Cash Fazal is relieved as counsel of record for Petitioner in this matter, and the Clerk of Court is directed to terminate him as counsel on the docket. Petitioner shall proceed pro se unless and until new counsel enters an appearance on Petitioner's behalf. The Clerk of Court is directed to update the docket to reflect Petitioner's pro se status and to mail a copy of this Order to Petitioner where he is detained.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.